

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

December 3 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

1. MARQUIS JACKSON,
2. MARKELL JACKSON,
3. MANDEL JACKSON,
4. EDGAR VALDEZ,
5. KEONDRE JACKSON,
7. SIR TERRIQUE MILAM,
8. TYRELL LEWIS,
9. ROBERT JOHNSON,
10. MATELITA JACKSON,
11. MIRACLE PATU-JACKSON,
12. DIYANA ABRAHA,
15. ROBERT BELLAIR,
19. CHAD CONTI,
20. PHILLIP LAMONT ALEXANDER,
21. TREYVON MITCHELL,
22. DEJAUN RANSAW, and
23. MADELYN MICHAEL.

Defendants.

NO. CR24-164 JNW

**THIRD SUPERSEDING INDICTMENT**

//

//

1  The Grand Jury charges that:

2  ## COUNT 1

3  ### (Conspiracy to Distribute Controlled Substances)

4  Beginning at a time unknown, and continuing until at least October 2, 2024, in

5  King, Pierce, Snohomish, and Whatcom Counties, within the Western District of

6  Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON, MANDEL

7  JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM,

8  TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE

9  PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI,

10  PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, DEJAUN RANSAW,

11  and others known and unknown, did knowingly and intentionally conspire to distribute

12  controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

13  propanamide (fentanyl), N-(4-fluorophenyl)-N-[1-(2-phenylethyl)-4-

14  piperidinyl]propenamide (p-fluorofentanyl – a fentanyl analogue), methamphetamine,

15  and marihuana, substances controlled under Title 21, United States Code.

16  The Grand Jury further alleges that with respect to MARQUIS JACKSON,

17  MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE

18  JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON,

19  MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT

20  BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON

21  MITCHELL, and DEJAUN RANSAW, their conduct as members of the conspiracy

22  charged in Count 1, which includes the reasonably foreseeable conduct of other members

23  of the conspiracy charged in Count 1, involved 400 grams or more of a mixture or

24  substance containing fentanyl, in violation of Title 21, United States Code, Sections

25  841(b)(1)(A).

26

27

Third Superseding Indictment - 2
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that with respect to MARQUIS JACKSON,
2   MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE
3   JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON,
4   MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT
5   BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON
6   MITCHELL, and DEJAUN RANSAW, their conduct as members of the conspiracy
7   charged in Count 1, which includes the reasonably foreseeable conduct of other members
8   of the conspiracy charged in Count 1, involved 100 grams or more of a mixture and
9   substance containing a detectable amount of any fentanyl analogue, in violation of Title
10  21, United States Code, Sections 841(b)(1)(A).

11      The Grand Jury further alleges that with respect to EDGAR VALDEZ, their
12  conduct as members of the conspiracy charged in Count 1, which includes the reasonably
13  foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50
14  grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500
15  grams or more of a mixture or substance containing a detectable amount of
16  methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21,
17  United States Code, Sections 841(b)(1)(A).

18      All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),
19  841(b)(1)(D), and 846.

20  ## COUNT 2

21  ### (Conspiracy to Commit Money Laundering)

22  **A.    The Conspiracy**

23      Beginning at a time unknown, and continuing until at least October 2, 2024, in
24  King, Pierce, Snohomish, and Whatcom Counties, within the Western District of
25  Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON,
26  MATELITA JACKSON, DIYANA ABRAHA, and others known and unknown, did
27

Third Superseding Indictment - 3
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

1.    To knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Distribution of Controlled Substances, in violation of Title 21, United States Code, Section 841, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841 and 846, and Transportation for the Purpose of Prostitution Through Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(a), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

2.    To knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, Distribution of Controlled Substances, in violation of Title 21, United States Code, Section 841, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841 and 846, and Transportation for the Purpose of Prostitution Through Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(a),  knowing that the transactions were designed in whole or in part to avoid a transaction reporting requirement under State or Federal Law, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial

Third Superseding Indictment - 4
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    transactions represented the proceeds of some form of unlawful activity, in violation of

2    Title 18, United States Code, Section 1956(a)(1)(B)(ii).

3        All in violation of Title 18, United States Code, Section 1956(h).

4    **COUNT 3**

5    **(Distribution of a Controlled Substance)**

6        On or about October 31, 2023, in Snohomish County, within the Western District

7    of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown,

8    did knowingly and intentionally distribute, and aid and abet the distribution of, a

9    controlled substance, including: fentanyl and p-fluorofentanyl (a fentanyl analogue),

10   substances controlled under Title 21, United States Code.

11       The Grand Jury further alleges that the offense involved 400 grams or more of a

12   mixture or substance containing fentanyl.

13       The Grand Jury further alleges that the offense involved 100 grams or more of a

14   mixture and substance containing a detectable amount of any fentanyl analogue.

15       The Grand Jury further alleges that this offense was committed during and in

16   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

17   Substances).

18       All in violation of Title 21, United States Code, Sections 841(a)(1) and

19   841(b)(1)(A), and Title 18, United States Code, Section 2.

20   **COUNT 4**

21   **(Distribution of a Controlled Substance)**

22       On or about December 7, 2023, in Snohomish County, within the Western District

23   of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown,

24   did knowingly and intentionally distribute, and aid and abet the distribution of, a

25   controlled substance, including: fentanyl, a substance controlled under Title 21, United

26   States Code.

27

Third Superseding Indictment - 5
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that the offense involved 400 grams or more of a
2    mixture or substance containing fentanyl.

3    The Grand Jury further alleges that this offense was committed during and in
4    furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled
5    Substances).

6    All in violation of Title 21, United States Code, Sections 841(a)(1) and
7    841(b)(1)(A), and Title 18, United States Code, Section 2.

8    ## COUNT 5

9    **(Distribution of a Controlled Substance)**

10    On or about March 7, 2024, in Snohomish County, within the Western District of
11    Washington, and elsewhere, MARKELL JACKSON, ROBERT JOHNSON, and others
12    known and unknown, did knowingly and intentionally distribute, and aid and abet the
13    distribution of, a controlled substance, including: fentanyl, a substance controlled under
14    Title 21, United States Code.

15    The Grand Jury further alleges that the offense involved 400 grams or more of a
16    mixture or substance containing fentanyl.

17    The Grand Jury further alleges that this offense was committed during and in
18    furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled
19    Substances).

20    All in violation of Title 21, United States Code, Sections 841(a)(1) and
21    841(b)(1)(A), and Title 18, United States Code, Section 2.

22    ## COUNT 6

23    **(Possession with Intent to Distribute a Controlled Substance)**

24    On or about December 7, 2023, in Whatcom County, within the Western District
25    of Washington, and elsewhere, ROBERT BELLAIR, MARKELL JACKSON, and others
26    known and known, did knowingly and intentionally possess, and aid and abet the

27

Third Superseding Indictment - 6
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   possession of, with the intent to distribute, a controlled substance, including: fentanyl, a

2   substance controlled under Title 21, United States Code.

3        The Grand Jury further alleges that the offense involved 400 grams or more of a

4   mixture or substance containing fentanyl.

5        The Grand Jury further alleges that this offense was committed during and in

6   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

7   Substances).

8        All in violation of Title 21, United States Code, Sections 841(a)(1) and

9   841(b)(1)(A), and Title 18, United States Code, Section 2.

10                **COUNT 7 - RESERVED**

11                **COUNT 8 - RESERVED**

12                **COUNT 9 - RESERVED**

13                **COUNT 10 - RESERVED**

14                      **COUNT 11**

15   **(Possession with Intent to Distribute a Controlled Substance)**

16        On or about October 2, 2024, in King County, within the Western District of

17   Washington, and elsewhere, CHAD CONTI did knowingly and intentionally possess,

18   with the intent to distribute, a controlled substance, including: fentanyl and

19   p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United

20   States Code.

21        The Grand Jury further alleges that the offense involved 40 grams or more of a

22   mixture or substance containing fentanyl.

23        The Grand Jury further alleges that this offense was committed during and in

24   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

25   Substances).

26   //

27

Third Superseding Indictment - 7
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  All in violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(B).

3                              **COUNT 12**

4             **(Possession with Intent to Distribute a Controlled Substance)**

5  On or about October 2, 2024, in Whatcom County, within the Western District of
6  Washington, and elsewhere, PHILLIP LAMONT ALEXANDER did knowingly and
7  intentionally possess, with the intent to distribute, a controlled substance, including:
8  fentanyl, a substance controlled under Title 21, United States Code.

9  The Grand Jury further alleges that the offense involved 40 grams or more of a
10  mixture or substance containing fentanyl.

11  The Grand Jury further alleges that this offense was committed during and in
12  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled
13  Substances).

14  All in violation of Title 21, United States Code, Sections 841(a)(1) and
15  841(b)(1)(B).

16                              **COUNT 13**

17       **(Possession with Intent to Manufacture and Distribute a Controlled Substance)**

18  On or about October 2, 2024, in King County, within the Western District of
19  Washington, and elsewhere, MANDEL JACKSON, DEJAUN RANSAW, and others
20  known and unknown, did knowingly and intentionally manufacture and possess, with the
21  intent to distribute, and aid and abet the manufacture and possession of, with intent to
22  distribute, a controlled substance, including: marijuana, a substance controlled under
23  Title 21, United States Code.

24  The Grand Jury further alleges that this offense was committed during and in
25  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled
26  Substances).

27

Third Superseding Indictment - 8
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 14

**(Conspiracy to Commit Transportation for the Purpose of Prostitution Through Coercion and Enticement)**

Beginning at a time unknown and continuing until at least October 27, 2025, in King County, within the Western District of Washington, and elsewhere, MARQUIS JACKSON and MADELYN MICHAEL, and others known and unknown, did knowingly and intentionally conspire to transport adult women for the Purpose of Prostitution Through Coercion and Enticement.

All in violation of Title 18, United States Code, Section 2422(a), and Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

The allegations contained in all Counts of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 3 through 6, and 11 through 13, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds traceable to the offense, as well as any property used or intended to be used to facilitate the offense.

Upon conviction of the offense alleged in Count 2, MARQUIS JACKSON, MARKELL JACKSON, MATELITA JACKSON, and DIYANA ABRAHA shall forfeit

Third Superseding Indictment - 9
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any

2   property, real or personal, involved in the offense, or any property traceable to such

3   property.

4           Upon conviction of the offense alleged in Count 14, MARQUIS JACKSON and

5   MADELYN MICHAEL shall forfeit to the United States, pursuant to Title 18, United

6   States Code, Section 2428(a)(2), and Title 18, United States Code, Section 981(a)(1)(C),

7   by way of Title 28, United States Code, Section 2461(c), any property that constitutes or

8   is derived from proceeds of the offense, and, pursuant to Title 18, United States Code,

9   Section 2428(a)(1), any property that was used, or intended to be used, to commit, or to

10  facilitate the commission of, the offense.

11          **Substitute Assets.** If any of the above-described forfeitable property, as a result of

12  any act or omission of the defendants,

13          a.      cannot be located upon the exercise of due diligence;

14          b.      has been transferred or sold to, or deposited with, a third party;

15          c.      has been placed beyond the jurisdiction of the Court;

16          d.      has been substantially diminished in value; or

17          e.      has been commingled with other property which cannot be divided

18                  without difficulty,

19  ///

20  ///

21

22

23

24

25

26

27

Third Superseding Indictment - 10
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the

2  defendant, up to the value of the above-described forfeitable property, pursuant to

3  Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 12/3/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

CHARLES NEIL FLOYD
United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

ZACHARY W. DILLON
Assistant United States Attorney

Third Superseding Indictment - 11
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970