THE HONORABLE JAMAL N. WHITEHEAD

MAGISTRATE JUDGE S. KATE VAUGHN

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

     Plaintiff

   vs.

MATELITA JACKSON,

     Defendant.

NO. CR 24-CR-164 JNW

ORDER ON UNOPPOSED MOTION TO AMEND APPEARANCE BOND CONDITIONS

The Court, having reviewed the defendant's motion and being advised that it is not opposed by the government, ORDERS that the appearance bond be amended to add:

"You may have in-person or phone contact with Mandel Jackson, but only in the presence of your attorney and Mandel Jackson's attorney."

February 9, 2026
Date

Hon. Jamal N. Whitehead
U.S. District Court Judge


S. Kate Vaughn
Magistrate Judge